THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Willie Augustus Lloyd, Appellant.
 
 
 

Appeal From Aiken County
 James C. Williams, Jr., Circuit Court Judge

Unpublished Opinion No. 2005-UP-628   
Submitted December 1, 2005  Filed December 9, 2005 

APPEAL DISMISSED

 
 
 
Acting Chief Attorney Joseph L. Savitz, III, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, all of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM:  Willie Augustus Lloyd appeals his conviction and sentence of eighteen years for voluntary manslaughter.  Lloyd argues his plea was conditional and thus invalid.  Pursuant to Anders v. California, 386 U.S. 738 (1967), Lloyds counsel attached a petition to be relieved stating he has reviewed the record and found the appeal to be without merit.  Lloyd filed a separate pro se brief also alleging his plea was conditional and thus invalid.  After a thorough review of the record and briefs pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Lloyds appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED. [1]
GOOLSBY, ANDERSON, and SHORT, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.